## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

ANN GRIFFITH,

      Plaintiff,

v.

WAYFAIR LLC,

      Defendant.

_____/

Case No.: _____

(Removed from the Circuit Court of
the Fifteenth Judicial Circuit in and
for Palm Beach County, Florida)

## NOTICE OF REMOVAL

Defendant, Wayfair LLC ("**Wayfair**"), by and through undersigned counsel and pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes the case styled *Ann Griffith v. Wayfair LLC*, Case No.: 50-2025-CA-008320-XXXA-MB from the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division. The grounds for removal are as follows:

## BACKGROUND

1.    On April 23, 2025, Plaintiff, Ann Griffith ("**Plaintiff**"), filed a Complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Ann Griffith v. Wayfair LLC* Case No.: 50-2025-CA-008320-XXXA-MB ("**Lawsuit**").

1

2.      The Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is located within the Southern District of Florida.

3.      Plaintiff has asserted claims for strict product liability, negligence – failure to warn, and negligent design against Wayfair. (Compl. ¶¶ 23-51.) Specifically, Plaintiff alleges that she was injured while unpacking a 14-inch medium pocket spring hybrid mattress. (Compl. ¶¶ 8, 10-12, 14-22.)

4.      Wayfair was served with the Complaint in this action on or after September 4, 2025. Accordingly, this Petition for Removal is timely because it has been filed within thirty (30) days of Wayfair's receipt of the initial pleading, as required under 28 U.S.C. § 1446(b).

5.      As more fully explained below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because this action involves a controversy between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, this action may be removed to this Court, 28 U.S.C. § 1441.

6.      Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings filed in the record in the Fifteenth Judicial Circuit Court are attached as **Exhibit 1** (Plaintiff's Complaint); **Exhibit 2** (State Court Docket Sheet); and **Composite Exhibit 3** (all remaining State Court documents).

7.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, as well as a Notice of Filing for this Notice of Removal, is being filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and a copy of the same is being served upon all parties of record.

## I.      *Diversity of Citizenship*

8.      Plaintiff was domiciled in Florida at all relevant times. (Compl. ¶ 1.) Therefore, Plaintiff is a citizen of Florida for purposes of determining diversity. *Burgess v. Vfinity Ltd. Liab. Co.*, 2017 U.S. Dist. LEXIS 32032, at *3 (M.D. Fla. 2017) ("[i]n order to be a citizen of a State within the meaning of the diversity statute, a natural person must be both a citizen of the United States and be domiciled within the State").

9.      Wayfair is a single member LLC. The sole member of Wayfair is SK Retail, Inc. SK Retail, Inc. was, at the time this action was filed, a corporation organized under the laws of the state of Massachusetts with its principal place of business located in Massachusetts. Accordingly, Wayfair is now and was at the time of commencement of this action, a citizen of the state of Massachusetts for purposes of determining diversity under 28 U.S.C. § 1332(c)(1). *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("a limited liability company is a citizen of any state of which a member of the company is a citizen."); *Doolin v. Am. Optical Corp.*, 2016 U.S. Dist. LEXIS 83733, at *2 (M.D.

3

Fla. 2016) ("a corporation, however, shall be deemed to be citizen of any State by which it has been incorporated and of the State where it has its principal place of business.") (Internal citations omitted).

10. Plaintiff's domicile is diverse from Wayfair's domicile, and this action is removable pursuant to 28 U.S.C. § 1332.

## II. Amount in Controversy Exceeds $75,000.00

11. Plaintiff alleges "significant pain and suffering" resulting from the Incident. (Compl. ¶ 21.)

12. Specifically, Plaintiff alleges suffering a fractured wrist that required a closed reduction and cast, among other damages. (Compl. ¶ 14-20.)

13. The face of Plaintiff's Complaint establishes that the amount in controversy exceeds $75,000. (Compl. ¶¶ 4, 21-22.)

14. Accordingly, the requirements of 28 U.S.C. § 1332(a) are satisfied.

## III. Reservation of Rights

15. Wayfair reserves the right to amend or supplement this Notice of Removal or to present additional arguments in support of its entitlement to remove this case.

16. Wayfair reserves all defenses and objections available under the applicable law and the filing of this Notice of Removal is subject to, and without waiver of, any such defenses or objections.

WHEREFORE, Defendant, Wayfair, prays that it may affect the removal of this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

*/s/ James A. Loberg, Esq.*
Brandon T. Holmes, Esq.
Florida Bar No. 1007975
James A. Loberg, Esq.
Florida Bar No. 1035327
**DINSMORE & SHOHL LLP**
201 North Franklin Street, Suite 3050
Tampa, Florida 33602
Phone: (813) 543-9848
Primary: Brandon.holmes@dinsmore.com
Secondary: james.loberg@dinsmore.com
Secondary: polina.semyonov@dinsmore.com
Secondary: chelsey.suarez@dinsmore.com
*Counsel for Defendant Wayfair LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 23, 2025, a true and correct copy of

this document was served by email on:

Benjamin M. Kurtz, Esq.
KURTZ, PETERS & ASSOCIATES LLC
350 Camino Gardens Blvd., Suite 300
Boca Raton, Florida 33432
bkurtz@kurtzandpeters.com
*Counsel for Plaintiff*

***/s/ James A. Loberg, Esq.***
James A. Loberg, Esq.
Florida Bar No. 1035327

6